UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-24079-CIV-GRAHAM/GOODMAN

LAKE TERRACE APARTMENTS, INC.,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S
OF LONDON,

    Defendant.
_____/

## ORDER STRIKING IMPROPER DISCOVERY MOTION

The Court **STRIKES** Defendant's motion to compel [ECF No. 33] and motion for protective order [ECF No. 32] for failure to comply with Judge Graham's discovery procedures [ECF No. 17, p. 2]. The movant is advised to review these procedures with care before seeking further relief from this Court.

**All parties** are advised that the Court's practice is to follow Federal Rule of Civil Procedure 37(a)(5), which **requires** the Court to award attorney's fees to the prevailing party on a discovery motion unless one of the enumerated exceptions is met. All parties are further advised that their failure to engage in a reasonable pre-filing conference is grounds for granting or denying the motion by default under Local Rule 7.1(a).

**DONE AND ORDERED** in Chambers, Miami, Florida, this 4th day of May, 2012.

                                                                  Johathan Goodman
                                                                  United States Magistrate Judge

Copies furnished to:
Hon. Donald L. Graham
Counsel of Record